UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN KRPIN, et al.,<br><br>          Defendants. | No.  2:18-cv-2523 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  (ECF No. 1).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      Plaintiff has filed a motion for a temporary restraining order and a motion for a preliminary injunction.  (See ECF No. 18; see also ECF No. 18-1).  The court considers the motions herein.

      A review of the motions indicate that plaintiff seeks injunctive relief against individuals who are not named as defendants in this action.  (Compare ECF No. 1 at 1-2 (defendants named in complaint), with ECF No. 18 at 1-2; ECF No. 18-1 at 1 (individuals named in temporary and preliminary injunction motions)).  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc.,

////

1  395 U.S. 100, 112 (1969); <u>Aleknagik Natives Ltd. v. Andrus</u>, 648 F.2d 496, 506 (9th Cir. 1980)
2  (citing <u>Zenith Radio Corp.</u>).

3      Accordingly, IT IS HEREBY ORDERED that a District Court Judge be randomly
4  assigned to this action.

5      IT IS FURTHER RECOMMENDED that plaintiff's motions for a temporary restraining
6  order and for a preliminary injunction, docketed May 26, 2020 (ECF No. 18; ECF No. 18-1), be
7  DENIED.

8      These findings and recommendations are submitted to the United States District Judge
9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
10 being served with these findings and recommendations, plaintiff may file written objections with
11 the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and
12 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
13 may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
14 Cir. 1991).

15 Dated:  July 17, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

19 DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/cox2523.49a.of&r