1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST LEE COX, JR.,                    No.  2:18-cv-02523-TLN-DB

12                 Plaintiff,

13        v.                                 **ORDER**

14   JOHN KRPIN, et al.,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 17, 2020, the magistrate judge issued findings and recommendations herein which

21   were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22   and recommendations were to be filed within thirty days.  (ECF No. 25.)  Plaintiff has not filed

23   objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27   ///

28   ///

1.  The findings and recommendations issued July 17, 2020 (ECF No. 25), are ADOPTED in full, and

2.  Plaintiff's motion for a temporary restraining order and motion for a preliminary injunction (ECF No. 18; ECF No. 18-1) are DENIED.

IT IS SO ORDERED.

DATED:  August 25, 2020

Troy L. Nunley
United States District Judge