UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, Jr., | No. 2:18-cv-02523 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| JOHN KRPIN, | |
| Defendant. | |

Plaintiff, Ernest Lee Cox, Jr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. Plaintiff claims defendant was deliberately indifferent to plaintiff's medical needs in violation of his Eighth Amendment rights.

On April 14, 2021, the district judge issued an order adopting the January 19, 2021 findings and recommendations, granting in part defendant's motion to dismiss, and dismissing plaintiff's claims related to plaintiff's inability to use his Continuous Positive Airway Pressure ("CPAP") machine. (ECF No. 33.) As stated in the January 19, 2021 findings and recommendations (ECF No. 32), plaintiff will be given 30 days leave to inform the court if he wishes to proceed on his complaint without the allegations related to the inability to use his CPAP machine or if he would like to amend the complaint. Plaintiff may use the form included with this order to inform the court of how he wishes to proceed.

////

1   For the foregoing reasons, IT IS ORDERED that within 30 days of this order, plaintiff
2   shall inform the court in writing of how he wishes to proceed in this action.
3   Dated: April 16, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB1/orders/prisoner-civil.rights/cox2523.not_proceed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KRPIN, <br><br> Defendant. | No. 2:18-cv-02523 TLN DB <br><br> PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_  Plaintiff wants to proceed immediately on his remaining Eighth Amendment deliberate indifference claims against Dr. Krpin.  Plaintiff understands that the allegations related to plaintiff's inability to use his Continuous Positive Airway Pressure ("CPAP") machine have been dismissed.

\_\_\_\_  Plaintiff wants to amend the complaint.

DATED:_____

                                                          Ernest Lee Cox, Jr.
                                                          Plaintiff pro se