1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ERNEST LEE COX, Jr.,                 No.  2:18-cv-02523 TLN DB
12            Plaintiff,
13      v.                                ORDER
14   JOHN KRPIN,
15            Defendant.
16

Plaintiff, Ernest Lee Cox, Jr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983.  Plaintiff claims defendant was deliberately indifferent to plaintiff's medical needs in violation of his Eighth Amendment rights.

On April 14, 2021, defendant's motion to dismiss was granted in part.  (ECF No. 33.)  On April 19, 2021, the court ordered plaintiff to provide notice within 30 days as to how he wishes to proceed.  (ECF No. 32.)  Defendant has filed a motion for the court vacate the deadline for defendant to file an answer as set by Rule 12(a)(4) of the Federal Rules of Civil Procedure.  (ECF No. 35.)  The defendant asks that the court vacate this deadline while the court is awaiting notice from the plaintiff of how he wishes to proceed.  (ECF No. 35.)  As it is necessary for the plaintiff to first inform the court of how he wishes to proceed before defendant can file an answer to plaintiff's complaint, defendant's motion will be granted.

////

Good cause appearing, IT IS ORDERED that the deadline for defendant to file answer as set by Rule 12(a)(4) of the Federal Rules of Civil Procedure is vacated.

Should the plaintiff notify the court that he wishes to proceed on his complaint as modified by the district court's April 19, 2021 order, the court will issue an order directing defendant to file an answer to plaintiff's complaint.

Dated: April 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil.Rights/cox2523.vac_deadline

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR, <br><br>    Plaintiff, <br><br>    v. <br><br> JOHN KRPIN, <br><br>    Defendant. | No.  2:18-cv-02523 TLN DB <br><br> PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_    Plaintiff wants to proceed immediately on his remaining Eighth Amendment deliberate indifference claims against Dr. Krpin.  Plaintiff understands that the allegations related to plaintiff's inability to use his Continuous Positive Airway Pressure ("CPAP") machine have been dismissed.

\_\_\_\_    Plaintiff wants to amend the complaint.

DATED:_____

_____
Ernest Lee Cox, Jr.
Plaintiff pro se

3