UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, Jr., | No. 2:18-cv-02523 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| JOHN KRPIN, | |
| Defendant. | |

Plaintiff, Ernest Lee Cox, Jr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. Plaintiff claims defendant was deliberately indifferent to plaintiff's medical needs in violation of his Eighth Amendment rights.

On April 14, 2021, defendant's motion to dismiss was granted in part. (ECF No. 33.) On April 19, 2021, the court ordered plaintiff to provide notice within 30 days as to how he wishes to proceed. (ECF No. 32.) Plaintiff has notified the court that he wishes to proceed on his claims as modified by the court's April 14, 2021 order. (ECF No. 37.) Accordingly, this action will proceed on plaintiff's deliberate indifference claims against Dr. Krpin stated in his complaint (ECF No. 1) without the dismissed allegations related to plaintiff's inability to use his Continuous Positive Airway Pressure ("CPAP") machine.

////

////

1

Accordingly, IT IS ORDERED that within thirty days from the filed date of this order, defendant shall file an answer or other responsive pleading.

Dated: April 28, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil.Rights/R/cox2523.answ