UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX,<br><br>     Plaintiff,<br><br>   v.<br><br>JOHN KRPIN, et al.,<br><br>     Defendants. | No.  2:18-cv-02523 TLN DB<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Defendant requests additional time to respond to plaintiff's discovery request. (ECF No. 41.)

On June 1, 2021, the court issued a discovery and scheduling order directing parties that responses to written discovery requests are due forty-five days after the request is received. (ECF No. 40 at 5.) Defendant states that he received a written discovery request from plaintiff on June 18, 2021 which was dated June 8, 2021. (ECF No. 41 at 2.) Defendant requests an extension of time until August 16, 2021 to respond to plaintiff's discovery request. (Id. at 1.) Defendant requests this extension as defendant is waiting for outstanding responsive documents to be provided by the California Department of Corrections and Rehabilitation. (Id. at 2.) Further, defendant states that defendant's counsel has "pressing deadlines in other cases" that require his attention. (Id.)

1

Good cause appearing, this request for extension of time will be granted. IT IS HEREBY ORDERED that:

1. Defendant Krpan's motion for an extension of time (ECF No. 41) is granted; and
2. Defendant Krpan's responses to Plaintiff's Requests for Production of Documents (Set One) will be due on or before August 16, 2021.

DATED: July 27, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/cox2523.36