UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR., | No. 2:18-cv-02523 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN KRPIN, | |
| Defendant. | |

Defendant has requested permission to conduct a deposition of the plaintiff by remote means pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure. (ECF No. 43.) Defendant makes this request as the COVID-19 pandemic has "restricted the availability of court reporters." (Id. at 2.) Defendant also states that counsel for the defendants seeks to minimize his risk of exposure. (Id.)

////
////
////
////
////
////
////

1

1   Good cause appearing, IT IS HEREBY ORDERED that defendants' application (ECF No.
2   43) is granted. Defendant is permitted to take plaintiff's deposition via a fully remote video
3   conference. Such deposition testimony shall be admissible to the same extent as if the deposition
4   were taken in person.

Dated: September 8, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/cox2523.remote_depo