UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN KRPIN, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-02523 TLN DB<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Defendant requests additional time to respond to file a "response to the opposition and cross motion for summary judgement" filed by the plaintiff. (ECF No. 50 at 1.) Defendant states that he is requesting an extension of time to February 4, 2022 as plaintiff's motion include numerous pages exhibits and defendant requires additional time so he may review them. (Id.) Defendant also states that this reply is currently due on January 28, 2022 as plaintiff's opposition was filed January 25, 2022.[1]  (Id.)

////

////

---

[1] Pursuant to Local Rule 230(l), it appears that defendant's reply would be due on February 1, 2022.  However, as the additional time requested by the plaintiff would extend beyond this date as well, defendant's motion will be granted as is.

1

Good cause appearing, this request for extension of time will be granted. IT IS HEREBY ORDERED that:

1. Defendant Krpin's motion for an extension of time (ECF No. 50) is granted; and
2. Defendant's reply in support of his motion for summary judgment shall be due on or before February 4, 2022.

DATED: January 27, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/cox2523.36.msj.reply