UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, Jr., | No. 2:18-cv-02523 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN KRPIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, litigated a civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered on February 6, 2024. (ECF No. 71.) Plaintiff sought leave to proceed in forma pauperis on appeal in the Ninth Circuit and filed copies of those motions directed to the Ninth Circuit. (ECF Nos. 74, 77.) Review of the Ninth Circuit docket indicates plaintiff's in forma pauperis status was continued for purposes of the appeal. Accordingly, plaintiff's motions to proceed in forma pauperis filed in this court are moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to proceed in forma pauperis (ECF Nos. 74, 77) are denied as moot.

Dated: April 10, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
cox2523.ifp.appeal

1